IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARD DEPTULA,** | : |
|           Petitioner | :   **Civ. No. 1:15-cv-2228** |
| | : |
| v. | : |
| | :   **Judge Rambo** |
| **LORETTA LYNCH, et al.,** | : |
| | :   **Magistrate Judge Carlson** |
|           Respondents | : |

# **O R D E R**

**AND NOW**, this 28th day of April 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 25) is **ADOPTED**.

2) The petition for a writ of habeas corpus is **DISMISSED AS MOOT**.

3) The clerk of court shall close this file.

                                                s/Sylvia H. Rambo
                                                United States District Judge